# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-1010**  **September Term, 2013**

**PRC-R2013-11**

**Filed On: January 24, 2014** [1476611]

United States Postal Service,

    Petitioner

    v.

Postal Regulatory Commission,

    Respondent

## O R D E R

The petition for review in this case was filed and docketed on January 23, 2014, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | February 24, 2014 |
| Docketing Statement Form | February 24, 2014 |
| Procedural motions, if any | February 24, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 24, 2014 |
| Statement of Issues to be Raised | February 24, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | February 24, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | March 10, 2014 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-1010** | **September Term, 2013** |

| | |
|---|---|
| Entry of Appearance Form | February 24, 2014 |
| Procedural motions, if any | February 24, 2014 |
| Certified Index to the Record | March 10, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | March 10, 2014 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the petition for review.

                                                                   **FOR THE COURT:**
                                                                   Mark J. Langer, Clerk

                                     BY:    /s/
                                                            Amy Yacisin
                                                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases